# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER NILES,<br><br>    Plaintiff,<br><br>v.<br><br>S8 MONROEVILLE, LLC,<br><br>    Defendant. | Case No. 2:23-cv-00163-RJC |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Christopher Niles, by and through his undersigned counsel, and hereby advises this Honorable Court that he has reached an agreement in principle with Defendant, S8 Monroeville, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: August 25, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
**CARLSON BROWN**
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
(724) 730-1753

*Attorney for Plaintiff*